STARKIE HOLDING CORPORATION, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others, Respondents.— Order denying plaintiff's motion for an injunction *pendente lite* unanimously reversed, with twenty dollars costs and disbursements and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

STARKIE HOLDING CORPORATION v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and the time of the defendants to answer or otherwise move in respect to the complaint extended until five days after service of order with notice of entry. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See *ante*, p. 573.]

SOCONY-VACUUM OIL COMPANY, INCORPORATED, and Others v. THE CITY OF NEW YORK and Others.— Motion for an order amending and resettling order of May 5, 1936, or for a reargument of appeal denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore and Cohn, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of Creditors of the FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— The appeal is from an order of the Supreme Court, New York county, which denied, " without prejudice to the institution of the time honored form of action," the motion of the United States of America for an order (1) restraining the Superintendent of Insurance, pending final determination of the rights of the United States of America in and to the surplus funds of the former First Russian Insurance Company, from paying out any part of said surplus fund; (2) adjudging that the proceedings herein before the Superintendent of Insurance to determine claims of creditors of the former insurance company be terminated immediately; (3) adjudging that former judgments in this proceeding directing the Superintendent of Insurance to pay such creditors be vacated; and (4) adjudging that the United States of America is the sole and exclusive owner entitled to immediate possession of the entire surplus fund and directing the Superintendent of Insurance to account for and pay over to the United States of America the entire surplus fund. The United States of America appeals from each and every part of said order. The Superintendent of Insurance and the First Russian Insurance Company, Established in 1827, and its surviving directors, appeal from so much of the order as permits the institution of a new action by the United States of America. Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

In the Matter of the Application of MAX BROWN.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of AARON H. KAUFMAN, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of JULIUS F. NEWMAN, an Attorney.— Motion granted. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

In the Matter of JACOB NEWHOUSE, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.